# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00220-CV

**Amy Guedea and Luis Guedea Veloz, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 36,304, HONORABLE ROB HOFMANN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Amy Guedea and Luis Guedea Veloz filed this accelerated appeal from the district court's final order terminating their parental rights to their minor children, E.A.B.G., R.L.G., G.G., P.J.G., and L.R.G. Appellants' court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced on appeal. *See also Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). Counsel has certified to this Court that she provided appellants with a copy of the *Anders* brief and a notice of their right to examine the appellate record and file pro se briefs. No pro se briefs have been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. Finding nothing in the record that might arguably support an appeal, we grant counsel's motion to withdraw and affirm the order of termination.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Affirmed

Filed: May 20, 2011